**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00168-CV**
_____

**MARCELLA UZZELL, Appellant**

**V.**

**RANDY DOLEMAN AND BRANDI DOLEMAN, Appellees**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-05-05631-CV**

_____

**ORDER**

Marcella Uzzell filed an opposed emergency motion to stay a temporary injunction during the pendency of her accelerated appeal from the May 24, 2022 temporary injunction order. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(4).

When an accelerated appeal from an interlocutory order is perfected, we may make such orders as are necessary to preserve the parties' rights until disposition of the appeal. Tex. R. App. P. 29.3. After reviewing the motion, we find that temporary orders are necessary to preserve the parties' rights until disposition of the appeal. It

1

is ORDERED that the trial court's May 24, 2022 temporary injunction order is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 29.3.

ORDER ENTERED May 27, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Johnson, JJ.